# United States District Court

## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| WARREN TYRONE CALHOUN, JR., #02121308 | § § § | |
| v. | § § | CIVIL ACTION NO. 3:26-CV-1074-S-BK |
| DIRECTOR, TDCJ-CID | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the successive habeas corpus petition under 28 U.S.C. § 2254 is **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit. *See* 28 U.S.C. § 2244(b)(3); 28 U.S.C. § 1631.[1]

**SO ORDERED.**

SIGNED June 15, 2026.

_____
**UNITED STATES DISTRICT JUDGE**

---

1 An order transferring a successive application to the court of appeals is not a final order requiring a certificate of appealability. *See United States v. Fulton*, 780 F.3d 683, 688 (5th Cir. 2015); *Brewer v. Stephens*, 605 F. App'x 417 (5th Cir. 2015) (per curiam).